IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00342-MEH

DEBORAH BRUBAKER,

    Plaintiff,

v.

CHRISTOPHER TERRY, and
OMR LLC,

    Defendants.

---

## ORDER CLOSING CASE
---

Before the Court is a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed July 10, 2017; ECF No. 26]. The Court finds the Stipulation and terms of the dismissal proper. Therefore, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his, her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 11th day of July, 2017.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge